15 So.2d 926

**Andrew H. TEAL v. STATE.**

**I Div. 455.**

Court of Appeals of Alabama.
Oct. 26, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.

15 So.2d 926

**Andrew H. TEAL v. STATE.**

**I Div. 456.**

Court of Appeals of Alabama.
Oct. 26, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.

15 So.2d 926

**Andrew H. TEAL v. STATE.**

**I Div. 457.**

Court of Appeals of Alabama.
Oct. 26, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

19 So.2d 855

**Marvin TERRY v. STATE.**

**8 Div. 425.**

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

17 So.2d 189

**James THOMAS v. STATE.**

**6 Div. 21.**

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

15 So.2d 926

**Jim THOMAS v. STATE.**

**I Div. 448.**

Court of Appeals of Alabama.
Nov. 16, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.